IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                                                 PLAINTIFF

v.                                        NO. 3:15-cv-00134 PSH

JOEY MARTIN, Jail Administrator,                                                        DEFENDANT
Poinsett County Detention Center

ORDER

Plaintiff Nicholas Cortez Addison ("Addison") commenced the case at bar by filing a complaint pursuant to 42 U.S.C. 1983. He alleged in the complaint that he is confined in the Poinsett County Detention Center, the conditions of which are intolerable because of, inter alia, excessive heat and an offending odor. He maintained that the conditions violate his constitutional rights.

Addison has now filed a motion for discovery and for trial date. See Document 50. In the motion, he asks for a "Freedom of Information Act and a motion for discovery [and] … a court date and speedy trial." See Document 50 at CM/ECF 1.

The motion is denied. Addison's requests for discovery should be directed to defendant Joey Martin and should specify the documents Addison is seeking. A court/trial date will be scheduled forthwith if the Court determines that a trial is necessary.

IT IS SO ORDERED this 31st day of October, 2016.

 

_____
UNITED STATES MAGISTRATE JUDGE