**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

NICHOLAS CORTEZ ADDISON                                                                     PLAINTIFF
ADC #162451

V.                                          NO: 3:15CV00134 PSH

JOEY MARTIN                                                                                      DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 8th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE